IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Cr. No. 05-10023-T |
| v. ) | |
| ) | |
| MATTHEW PAUL SWAIM, ) | |
| Defendant. ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **MATTHEW PAUL SWAIM**, California Department of Corrections inmate # V76127, now being detained in the Solano State Prison, Vacaville, California, appear before the Honorable S. Thomas Anderson on Monday, August 29, 2005, at 2:00 p.m. for initial appearance in this case and for such other appearances as this Court may direct.

Respectfully submitted this ____2nd____ day of August 2005.

JAMES W. POWELL
Assistant U. S. Attorney

### ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Warden, Solano State Prison:

**YOU ARE HEREBY COMMANDED** to have **MATTHEW PAUL SWAIM** appear before the Honorable S. Thomas Anderson at the date and time aforementioned.

**ENTERED** this ___2nd___ day of ____August____ 2005.

S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8/4/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CR-10023 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT