## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
#### Eastern Division

**UNITED STATES OF AMERICA**

-vs-                                                     Case No.  1:05cr10023-001T

**MICHAEL PAUL SWAIM**

---

## ORDER APPOINTING COUNSEL PURSUANT TO
## THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

•       The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

•       All purposes including trial and appeal

**DONE** and **ORDERED** in 111 South Highland, Jackson, TN, this 26th day of August, 2005.

S. Thomas Anderson
_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
MICHAEL PAUL SWAIM

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___8/30/05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CR-10023 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT