IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ℓ___ D.C.

05 OCT -4 PM 1:40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Cr. No. 05-10023-01-T/An

MATTHEW PAUL SWAIM,

    Defendant.

## **_AMENDED_*** ORDER ON ARRAIGNMENT

This cause came to be heard on September 6, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:          Dianne Smothers
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

                                                          S. Thomas Anderson
                                                          S. THOMAS ANDERSON
                                                          United States Magistrate Judge

Charges:      importing/manufacturing firearms

Assistant U.S. Attorney assigned to case: Grinalds

Rule 32 was not waived.

Defendant's age: 23

**\*Amended to correct Defendant's name from "Michael" Paul Swaim to "Matthew" Paul Swaim.**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/5/05

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10023 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT